B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **Charter Transportation, L.L.C.**   Case No. **10-38052-H4-11**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Strategic Employee Services<br>4800 Sugar Grove Blvd, Suite 300<br>Stafford, Texas  77477 | | Employee payments | Contingent<br>Unliquidated<br>Disputed | $120,000.00 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114 | | 1040 Taxes | | $90,000.00 |
| Catalyst Financial, LP<br>115511 Katy Freeway Ste 300<br>Houston, Texas 77079 | | Unsecured Debt | Contingent<br>Unliquidated<br>Disputed | $45,000.00 |
| Christian, Smith & Jewel<br>2302 Fannin Street<br>Houston, Texas 77002 | | Unsecured Debt | Contingent<br>Unliquidated<br>Disputed | $40,000.00 |
| ADA Resources<br>6603 Kirbyville Street<br>Houston, Texas 77033 | | Unsecured Debt | Unliquidated<br>Disputed | $10,000.00 |
| Griffing & Company<br>1 Sugarcreek Blvd, Suite 450<br>Sugarland, Texas 77478 | | Unsecured Debt | Contingent<br>Unliquidated<br>Disputed | $7,500.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Charter Transportation, L.L.C.**                                          Case No.   **10-38052-H4-11**

                                                                                       Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BIC Alliance<br>381 Colombia Memorial Park<br>Kemah, Texas 77565 | | Unsecured Debt | | $7,000.00 |
| Freeman Law Firm<br>1770 St James Place Ste 580<br>Houston, Texas 77056 | | Unsecured Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | $6,500.00 |
| Arrow Oil Company<br>8500 North MO Pac Expressway<br>Suite 814<br>Austin, Texas 78759 | | Unsecured Debt | *Unliquidated*<br>*Disputed* | $5,500.00 |
| Concentra<br>P.O. Box 55098<br>Houston, Texas 77255 | | Unsecured Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | $1,000.00 |
| Cintas<br>20333 State Highway 249<br>Siute 580<br>Houston, Texas 77007 | | Unsecured Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | $700.00 |
| Gulf State Finance<br>3100 Edloe Street<br>Houston, Texas 77027 | | Unsecured Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | $0.00 |
| Allied Waste Services<br>18500 N Allied Way<br>Phoenix, Arizona 85054 | | Unsecured Debt | *Contingent*<br>*Disputed* | $0.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Charter Transportation, L.L.C.**    Case No. **10-38052-H4-11**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| IC Systems Inc.<br>P.O. Box 64378<br>Saint Paul, MN 55164 | | Unsecured Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | $0.00 |
| IC Systems Inc<br>P.O. Box 64378<br>Saint Paul, Minnesota 55164 | | Unsecured Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | $0.00 |
| Horizon Capital<br>218 Nasa Rd 1<br>Webster, TX 77598 | | Unsecured Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | $0.00 |
| DSRM National Bank<br>P.O. Box 300<br>Amarillo, TX 79105-0300 | | Unsecured Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | $0.00 |
| Credit Systems International In<br>1277 Country Club Lane<br>Forth Worth, Texas 76112 | | Unsecured Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | $0.00 |
| Credit Management<br>4200 International Parkway<br>Carrollton, Texas 75007 | | Unsecured Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | $0.00 |
| Capps Rent a Car<br>c/o Michael Black Attorney at Law<br>One Sugar Creek Center Blvd Ste 1080<br>Sugarland, Texas 77478 | | Unsecured Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | $0.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Charter Transportation, L.L.C.**                              Case No.   **10-38052-H4-11**

                                                                          Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Manager**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**09/09/2010**_____          Signature:  **/s/ Janet Fleener**_____
                                                            *Janet Fleener*
                                                            **Manager**